UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:21-cv-01027-JGB-KES                          Date: June 28, 2022

Title: SOSAIA K. SEKONA v. DR. YASHAR

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

Jazmin Dorado                                          Not Present
Courtroom Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
SOSAIA K. SEKONA:                                      DR. YASHAR:
None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):          **Order to Show Cause Why the Court Should Not Accept as True Defendant's Statement of Uncontroverted Facts (Dkt.25-1 )**

On April 29, 2022, Defendant filed a motion for summary judgment.  (Dkt. 25.) Defendant also filed a Statement of Uncontroverted Facts in support of the summary judgement motion, which lists fourteen facts that Defendant contends are uncontroverted in this case. (Dkt. 25-1).

On May 3, 2022, the Court provided Plaintiff with a copy of Federal Rule of Civil Procedure 56 and Central District Local Rule 56, which deal with summary judgment motions, and ordered Plaintiff to file an opposition to Defendant's summary judgment motion by June 1, 2022.  (Dkt. 26.)  More than two weeks have passed since Plaintiff was supposed to file his opposition.  Plaintiff has not indicated that he is not getting mail from the Court, or that there are any other reasons why he has missed his deadline.

Pursuant to Local Rule 56-3:

"In determining any motion for summary judgment or partial summary judgment, the Court may assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy except to the extent that such material facts are (a) included in the "Statement of Genuine Disputes"

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:21-cv-01027-JGB-KES                                          Date: June 28, 2022
                                                                                              Page 2

      and (b) controverted by declaration or other written evidence filed in opposition to
      the motion

L.R. 56-3.  Thus, because Plaintiff has not set out what material facts he contends are disputed in a Statement of Genuine Disputes, the Court may assume the truth of the facts in Defendant's Statemen of Uncontroverted Facts, which could be fatal to Plaintiff's case.  Id.  However, rather than doing so, the Court finds it in the interest of justice to take a less drastic approach because Plaintiff is incarcerated and proceeding pro se.

      Therefore, Plaintiff is hereby ORDERED to show cause why the Court should not accept as true the material facts set forth in Defendant's Statement of Uncontroverted Facts (Dkt. 25-1.) Plaintiff may discharge this Order by, **on or before July 15, 2022**, filing an opposition to the summary judgment motion that conforms with the standards previously identified in the Court's prior scheduling order (Dkt. 29.)

Initials of Deputy Clerk JD