O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOSAIA SEKONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. YASHAR, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-01027-JGB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 36). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

　　　　On October 19, 2022, the Court received from Plaintiff: (1) a Motion for Appointment of Counsel (Dkt. 38) and (2) a Motion for Summary Judgment. (Dkt. 39.) The Magistrate Judge denied the former. Plaintiff filed the latter far too late. So, the Court does not consider it. Local Rule 7-12 states in pertinent part: "The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule." In this case, discovery closed on

April 1, 2022. (Dkt. 18.) The Magistrate Judge gave the parties until April 29, 2022 to file motions for summary judgment, and other substantive motions. (Id.) Plaintiff missed that deadline. Now, five and a half months later, the Court received Plaintiff's Motion for Summary Judgment. (Dkt. 39.) Plaintiff has neither requested relief from the deadline nor shown good cause for such relief. The Court exercises its L.R. 7-12 discretion to decline to consider Plaintiff's late motion.

The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Dkt. 25) is **Granted**, and judgment shall be entered in favor of Defendant.

DATED: November 10, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE