JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOSAIA SEKONA, | Case No. 2:21-cv-01027-JGB-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DR. YASHAR et al, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Defendant's motion for summary judgment (Dkt. 25) is **granted**.  On this basis, judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED:  November 10, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE